In the Matter of the Accounting of J. ARTHUR KEESEY, as Executor of DAVID M. DRURY, Deceased, Appellant.

TRUSTEES OF THE MASONIC HALL AND ASYLUM FUND et al., Appellants; MARY RUSSELL et al., Respondents.

*Appeal — failure to file undertaking — motion to dismiss appeal denied.*

Reported below, 222 App. Div. 577.

(Submitted April 30, 1928; decided May 8, 1928.)

THREE motions to dismiss appeals from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 28, 1928, which affirmed a decree of the Kings County Surrogate's Court declaring invalid a clause of the will of David M. Drury, deceased.

The motions were made upon the grounds of failure to file the required undertaking and upon the further ground that the executor was not the party aggrieved.

*Gustave B. Garfield* for motions.

*Frederick N. Van Zandt, S. Howard Cohen* and *John A. Dutton* opposed.

Motions to dismiss appeals taken by executor and by trustees of Masonic Hall and Asylum Fund denied. Motion to dismiss appeal taken by the infant appellants denied on condition that a proper undertaking be given within ten days; otherwise motion granted, with costs and ten dollars costs of motion.

---

PETER J. POELS et al., Copartners under the Firm Name of POELS & BREWSTER, Appellants, *v.* CHARLES E. MERRILL et al., Copartners under the Firm Name of MERRILL, LYNCH & Co., Respondents.

(Submitted April 30, 1928; decided May 8, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 647.)